Exhibit 2

1:25-cv-03888-ABA    Document 1-3    Filed 11/25/25    Page 1 of 1

# SWORN STATEMENT IN PROOF OF LOSS

## BUILDING - PARTIAL

$5,000,000.00 — Amount Of Policy At Time Of Loss

TCWP240030050 — Policy Number

07/11/2024 — Date Issued

Harford General Insurance Agency, Inc. — Agent

07/11/2025 — Date Expires

Lutherville Timonium, MD — Agency At

To **Underwriters at Lloyd's, London & Convex Insurance UK Limited** of **Dallas, TX**. At time of loss, by the above indicated policy of insurance you insured **2140 Edmondson Ave. LLC c/o Cecil Clarke** against loss by "all risks" to the property described as scheduled therein, according to the terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. **Time and Origin:** A Fire loss occurred about the hour of 00:00 o'clock A.M./P.M., on this 12th Day of May, 2025. The cause and origin of the said loss were: Unknown to Insured
2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: As Policy Permits
3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was that of the owner. No other person or persons had any interest therein or encumbrance thereon, except: No Exceptions
4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described except: No Exceptions
5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $5,000,000.00, exclusive of any/all additional coverages.
6. **Full Replacement Cost** of the said property at the time of the loss was ............................................................. $ Not Determined
7. **The Whole Loss and Damage was (PARTIAL)**................................................................................................. $ 2,000,000.00
8. **Less Amount of Deductible** .............................................................................................................................. $ (Deferred)
9. **The Amount Claimed at this time under the above numbered policy is (PARTIAL)** ................................... $ 2,000,000.00
(Line 7 minus Line 8)

Please note that the insured reserves their right to amend the subject claim throughout the adjustment process; the insured also reserves all rights while waiving none.

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of Maryland

X _Cecil Clarke_

County of Montgomery

Subscribed and sworn to before me this 15 day of August 20 25

Notary Public

GALINA MOSHKOVICH
Notary Public - State of Maryland
Montgomery County
My Commission Expires Jun 1, 2028