Exhibit 3     1:25-cv-03888-ABA   Document 1-4   Filed 11/25/25   Page 1 of 2

Affidavit of Cecil O. Clarke, owner, 2140 Edmondson Avenue, LLC

## Property Background & Cecil Clarke

I am a real estate investor and currently own over 60 properties, mainly in Baltimore City. I have been in the real estate business for over 50 years, where I have owned many properties as a professional. I acquired 2140 Edmondson Avenue in 2004. The prior use of the property was a bakery. Over the many years of owning the subject property, I've invested significant amounts of money into improvements throughout the building, and within the last three years leading up to the fire event that occurred on May 12, 2025, I made various capital improvements and upgrades amounting to approximately $1,000,000.00. In 2024 I entered into a one-year lease, having an expiration date of July 31, 2025, with Mr. Allan Qadir, as my tenant, for the lower, basement level, to be used for their mattress operation. The consideration for the lease was $55,500.00 of which $4,000.00 was a security deposit. The actual operator of the mattress business was Mr. Hawkar Aziz, the nephew of Allan Qadir. During the period of their tenancy, I experienced no issues with my tenant, rent was paid in a timely fashion and they conducted themselves professionally during my interactions. The one-year lease was satisfactory and in early 2025 the tenant approached me about extending the lease terms. I agreed, and on April 23, 2025, I entered into a four year extension with the tenant, for the lease extension to commence at the end of the original term of July 31, 2025, and received an initial payment of $40,000.00.

I am not affiliated with the tenant in any legal or personal capacity beyond the relationship that existed at the time of the fire event, which was a landlord tenant contract. Again, I have not experienced any issues with the tenant and rent was always paid on time. I have no involvement in the tenant's business in any capacity, nor do we fraternize or commingle; our interactions have been businesslike, cordial and respectful. They are strictly my tenant and that is the full extent of our relationship.

## Fire Event of May 12, 2025 (2140 Edmondson Ave, Baltimore, MD 21216)

I have no knowledge as to how the fire occurred. At the time of the fire, I was at my home in Montgomery County working in my garden. I have fully cooperated with all questions and requests for information with all investigations taking place into the fire. I had nothing to do with the cause of the fire, nor do I know anything about the cause of the fire.

I have suffered a significant loss as a result of the fire. The damages I've sustained to my property have been estimated to be substantially greater amounts than what I'm told my insurance policy will provide coverage for. I have been told that I am underinsured by tens of millions of dollars. I have provided the insurance company and all other fire investigative entities with all the information and documentation they have requested, and more. I have extended many hours of personal time at my own willingness and discretion to provide additional assistance with all investigations. I have sustained great personal and financial loss from this entire ordeal.

/s/ Cecil O. Clarke    8/4/2025

STATE OF MARYLAND, CITY OF BALTIMORE, TO WIT:

I hereby certify on this 04 day of August, 2025, that before me, a Notary Public in and for the City and State aforesaid, personally appeared Cecil O. Clarke, who made oath in due form of law that the foregoing statement is true and correct to the best of his personal knowledge information and belief.

Notary Public: _____

My commission expires: 11-07-2028

Page 2 of 2

ROMAN H LORENSO
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES NOVEMBER 07, 2028